No. 02–1540. LOUQUE v. ALLSTATE INSURANCE CO. C. A. 5th Cir. Certiorari denied.

No. 02–1543. UNISYS CORP. v. PENNSYLVANIA BOARD OF FINANCE AND REVENUE. Sup. Ct. Pa. Certiorari denied.

No. 02–1546. RUBICON INC. ET AL. v. WILLIAMS (two judgments). Ct. App. La., 1st Cir. Certiorari denied.

No. 02–1547. RAMSEY, DBA TIIN-MA LOGGING CO. v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 02–1566. LARIVEE v. MINNESOTA. Sup. Ct. Minn. Certiorari denied.

No. 02–1576. NIGRO v. FEDERAL LABOR RELATIONS AUTHORITY. C. A. 4th Cir. Certiorari denied.

No. 02–1581. JOHNSON v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 02–1583. CLABBERS v. GULFSTREAM AEROSPACE CORP. C. A. 11th Cir. Certiorari denied.

No. 02–1584. CARROLL COUNTY, ILLINOIS, ET AL. v. PAYTON ET AL. C. A. 7th Cir. Certiorari denied.

No. 02–1590. MOUNTAIN STATES LEGAL FOUNDATION ET AL. v. BUSH, PRESIDENT OF THE UNITED STATES, ET AL. C. A. D. C. Cir. Certiorari denied.

No. 02–1594. COLBERT v. CALIFORNIA DEPARTMENT OF MENTAL HEALTH ET AL. C. A. 9th Cir. Certiorari denied.

No. 02–1595. RUTTER v. MISSOURI. Sup. Ct. Mo. Certiorari denied.

No. 02–1604. GENERAL MOTORS CORP. v. LAUX ET AL. C. A. 7th Cir. Certiorari denied.